SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff,
ALVARO OROSCO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO OROSCO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>309 HILL STREET, LLC; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 2:23-cv-04718-JFW (KSx)<br><br>**NOTICE OF ACKNOWLEDGEMENT AND SATISFACTION OF JUDGMENT** |

　　On April 22, 2024, the Court entered its Judgment in favor of Plaintiff and against Defendant 309 HILL STREET, LLC ("Defendant") in the amount of $6,702.00.

　　It is hereby acknowledged, and the Clerk of the Court is authorized and directed to make an entry of the full and complete satisfaction of the above-referenced judgment including post-judgment interest on the docket.

DATED:  May 20, 2024　　　　　　　　　**SO. CAL EQUAL ACCESS GROUP**


　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jason J. Kim*
　　　　　　　　　　　　　　　　　　　　　　JASON J. KIM
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff